454 A.2d 156

Commonwealth v. Sparks, Appellant.

Submitted April 28, 1982.   Thomas Albert Bowlen, for appellant;   Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., BECK and MONTEMURO, JJ.

Order affirmed.